UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
-------------------------------------------------------

In re:
ADVANCED ELECTRONICS, INC.,       :         Case No. 05-21735REF
            Debtor      :         Chapter 11
                      :

--------------------------------------------------------------------------------------------------------
JOHN H. DORAN, Esquire, Chapter   :
11 Trustee,
            Plaintiff     :
                      :
           v.           :         Adv. No. 05-2102
                      :
LYCO COMPUTER MARKETING    :
& CONSULTANTS, INC.,         :
PHILLIP ALAN COURTRIGHT     :
and PATRICIA S. COURTRIGHT,   :
         Defendants    :
                      :
           v.           :
                      :
MARK W. REEDER           :
and KIMBERLY A. REEDER,     :
      Third Party Defendants   :

O R D E R

AND NOW, this 12 day of September, 2006, it is ORDERED that the Order entered today granting Defendants' Motion for Reconsideration of the Order entered on January 30, 2006, vacating the January 30, 2006 Order, and denying Plaintiff's Motion for Contempt is hereby AMENDED to correct the typographical error contained in the footnote 3, paragraph 1, sentence 2, wherein a reference is erroneously made to "August 8, 2006" so that it reads:

"The Defendants appealed this Order to the United States District Court for the Middle District of Pennsylvania on August 7, 1996, and filed a motion for stay and supersedeas pending appeal with the Bankruptcy Court on August 8, 1996."

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge